IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERTO CONCEPCION,

    Petitioner,

v.                                              CASE NO. 4:05-cv-00392-MP-AK

JAMES CROSBY,
JAMES MCDONOUGH,

    Respondents.

_____/

**O R D E R**

Petitioner has filed a notice of appeal in this case (Doc. 26), a motion for certificate of appealability (Doc. 27), and a motion to proceed *in forma pauperis* (Doc. 28). With regard to the motion at Doc. 27, the Court has two issues before it: whether Petitioner should be granted a Certificate of Appealability ("COA"), and if so, which issue(s) should be certified for appeal. Also, with regard to the motion to proceed *in forma pauperis*, the Court must consider whether the appeal is taken in good faith, as the term is used in Fed. R. App. P. 24(a)(3) and (4). For the reasons given in Doc. 24, no reasonable jurists would debate the fact that petitioner's habeas corpus petition was properly dismissed. Consequently, Petitioner cannot make a substantial showing of the violation of a constitutional right and the Application for Certificate of Appealability should be denied.

Also, for the reasons given above, Petitioner's appeal is frivolous and fails to state a claim

upon which relief may be granted. The Court hereby certifies, pursuant to Fed. R. App. P. 24(a)(3) and (4), that the appeal is not taken in good faith and that an appeal may not be taken *in forma pauperis*.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Petitioner's Motion for a Certificate of Appealability (doc. 27) is denied.

2. Petitioner's Motion to Proceed *In Forma Pauperis* (doc. 28) is denied.

3. The clerk is directed to forward a copy of this order and an updated docket sheet to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** this  *21st*   day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge